BEFORE THE THIRD DIVISION, NOVEMBER 16, 1938

No. 39875.—Protest 920752-G of McLaughlin & Freeman (Boston).

Opinion by KEEFE, J.  The protest was sustained in accordance with stipulation of counsel.

No. 39876.—Protest 946503-G of Langfelder, Homma & Hayward, Inc. (San Francisco).

Opinion by KEEFE, J.  It was stipulated that the merchandise in question is similar to that the subject of *Strauss-Eckardt* v. *United States* (T. D. 47439). The claim at 25 percent under paragraph 1403 was therefore sustained.

No. 39877.—Protests 942170-G, etc., of Chekiang Co. et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the stands in question were held not dutiable as entireties but separately at 33⅓ percent under paragraph 412 as claimed.

No. 39878.—Protest 952609-G (B) of Alberti Importing & Exporting Co. (Boston).

Opinion by KEEFE, J.  On the authority of *Locatelli* v. *United States* (T. D. 49302) the protest was sustained.

No. 39879.—Protest 950899-G of R. H. Macy & Co. (New York).

Opinion by KEEFE, J.  On the record presented the protest was overruled.

BEFORE THE SECOND DIVISION, NOVEMBER 17, 1938

No. 39880.—Protests 957684-G, etc., of Goldberg Bros. Co. et al. (San Francisco and New York).

Opinion by KINCHELOE, J.  On the records presented the protests were overruled.